U.S. District Court Eastern District of New York (Brooklyn)

------------------------------------x  09-CV-3287

Edna Igartua

    Plaintiff

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
OCT 28 2009
P.M.
TIME A.M. 10/29/09

Index No. 1:09-cv-03287

-against-

Complaint

Elmhurst Hospital D-11 Psychiatric Ward

------------------------------------x

To U.S. District Court, Eastern District of New York (Brooklyn)

  The complaint of the ~~state~~ Plaintiff, Edna Igartua, respectfully shows and alleges as follows:

  1. The plaintiff herein, Edna Igartua, at 2805 Snyder Ave, Brooklyn New York.

  2. The defendant herein Elmhurst Hospital has a principal place of business at _____. Defendant is engaged in the business of health care of mental & medical care.

  3. Plaintiff Ms. Igartua desired to have a hygenic, safe and reliable service from Elmhurst Hospital.

  4. Defendant had wrongfully disputed with the plaintiff with negative intention to intend my delivery be disperusable

Unhygenic, unsafe, and dangerous to Plaintiffs child and her life.

5. Defendant misdirected Plaintiff purposely into the psychiatric ward, of D-11 due to the Dept. of corrections Black Book listings.

6. Defendant purposly ignored the advise and request of the Legal Aid, Prisoners Rights association of placeing the Plaintiff in the proper department of delivery.

7. When Plaintiff's prenatal doctor from Rickers Island, of Rose M. Singer Center request safe garduing me and more so Platiffs child. Due to the use of abuse and violence. from the Dept. of corrections Defendant ignored.

8. When Plaintiff Request proper mental health treatment. Having to go through Emotional distress due to the abuse Plaintiff was rejected. to Recieve treatment. Even when the situation had worsen. Where ere were evidence shown. several times.

9. Defendant's employee Ms. Winston did not react on time having full knoledge. of Plaintiff's Labor was in process.

10. Ms Winston, the nurse of D-11 harassing me while in labor provoking me in to a fight. Making a statement. of "That's good for you, you want to keep fucking around. Ha!

11. Ms Winston intenstionaly took her time to call for assistance. while Plaintiff was in labor.

12. Plaintiff delivered her son as the Defendant Ms. Winston watched. the Plaintiffs son being born hit the floor head first.

13. Ms Winston smeared the Infant with the blood over the floor Right before picking up the child.

14. Emotionaly and mentaly the Plaintiff suffered pain the malpractice

and negligence from the Defendant part.

15. When plaintiff showered after the delivery plaintiff had ankel bracelet on showering.

16. When the day of discharge of the Plaintiff. The Defendants staff member had taken her son without warning

Wherefore, plaintiff demand judgment against defendants in the sum of $1,000,000,000 plus interest, cost and disbursement together with any other relief the court finds to be just and proper.

Dated October 5 2009

*Edna Igbituq*
Edna Igbituq
Plaintiff

2805 Snyder Ave
Brooklyn N.Y. 11226
(718) 469-1217

## Verification

Edna Igartua, being duly sworn, deposes and says:

I am plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true.

_Edna Igartua_
Edna Igartua
Plaintiff.

Sworn to before me this
date: October 6, 2009

_Beat M_
Notary Public

BEATRICE POLIZOIS
NOTARY PUBLIC, State of New York
No. 01PO6197123
Qualified in Nassau County
My Commission Expires November 24, 2012